Joseph Grayson **WARD**, Plaintiff— Appellant,

v.

**BEAUFORT COUNTY DETENTION CENTER; Silent Knight Company, Fire Alarm Sound Device Manufacturer; Tony Bush, Jail Doctor; Coastal Empire Fire and Security, Incorporated, Computer System–Fire Alarm System Installation Contractor; Integrator; .Mark Fitzgibbons, Jail Administrator, Defendants—Appellees.**

No. 07–6952.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 13, 2007.

Decided: Dec. 19, 2007.

Joseph Grayson Ward, Appellant Pro Se. Marshall Hodges Waldron, Jr., Carolina Litigation Associates, LLC, Bluffton, South Carolina; John K. Blincow, Jr., Turner, Padget, Graham & Laney, PA, Charleston, South Carolina; Hal A. Shillingstad, Flynn, Gaskins & Bennett, Minneapolis, Minnesota; Thomas Chester

Hildebrand, Jr., Haynsworth, Sinkler & Boyd, PA, Charleston, South Carolina; Morris Dawes Cooke, Jr., Barnwell, Whaley, Patterson & Helms, LLC, Charleston, South Carolina, for Appellees.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Grayson Ward appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ward v. Bush*, No. 2:04–cv–00792–RBH, 2007 WL 1485871 (D.S.C. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* In his informal brief and informal reply brief, Ward asserts error only in the district court's denial of relief on his claims against defendants Beaufort County Detention Center and Mark Fitzgibbons. Accordingly, he has

waived review of the denial of relief against the other defendants. *See* 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief.").